FILED
CLERK

4:14 pm, Sep 28, 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DENISE K. HOMA, on behalf of herself and all
others similarly situated,

                    Plaintiff,

- against -

GC SERVICES LIMITED PARTNERSHIP,

                    Defendant.
----------------------------------------------------------------X
CATHERINE C. VAUGHAN, on behalf of herself
and all others similarly situated,

                    Plaintiff,

- against -

GC SERVICES LIMITED PARTNERSHIP,

                    Defendant.
----------------------------------------------------------------X

**JUDGMENT**
CV 17-1661 (DRH)(AYS)

**JUDGMENT**
CV 17-3914 (DRH)(AYS)

A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on September 27, 2018, granting Defendant's motion to dismiss pursuant to Rule 12(b)(6) as to all claims; and directing the Clerk of Court to enter judgment and close both cases 17-CV-1661 and 17-CV-3914, it is

**ORDERED AND ADJUDGED** that Plaintiff Denise K. Homa take nothing of defendant GC Services Limited Partnership; that Plaintiff Catherine C. Vaughan take nothing of defendant GC Services Limited Partnership; that Defendant's motion to dismiss pursuant to Rule 12(b)(6) is granted as to all claims; and both cases 17-CV-1661 and case 17-CV-3914 are closed.

Dated: Central Islip, New York
       September 28, 2018

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT
                                By:   /s/ Chelsea Tirado
                                            Deputy Clerk